UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.A.L. and N.G.L.,<br><br>Plaintiff,<br><br>*-against-*<br><br>ANTHEM INSURANCE COMPANIES, INC., AN INDEPENDENT LICENSEE OF THE BLUE CROSS AND BLUE SHIELD ASSOCIATION, D/B/A/ ANTHEM BLUE CROSS AND BLUE SHIELD; BARCLAYS SERVICES CORPORATION; *and* the BARCLAYS SERVICES CORPORATION HDHP PLAN,<br><br>Defendants. | **ORDER**<br><br>26-CV-04319 (ER) |

RAMOS, D.J.:

Plaintiffs are a parent and child who filed the instant suit against an insurance plan sponsor and a claims administrator on May 22, 2026, alleging that they improperly denied payment for the child's mental health treatment. Doc. 1. Four days later, Plaintiffs filed a motion to permit the plaintiffs to proceed anonymously. Doc. 4. On July 31, 2026, Plaintiffs filed requests for issuance of summonses for the defendants. Docs. 7, 6, and 8. The summonses have not yet been issued. On August 19, 2026, Plaintiffs filed a letter motion for a 60-day extension of time to serve the complaint and for issuance of summonses, extending the relevant deadline to October 23, 2026. Doc. 9.

The motion to proceed anonymously is GRANTED. This ruling is without prejudice to the defendants' ability to assert any subsequent objections they may wish to raise regarding the motion. The Clerk of the Court is respectfully directed to terminate the motion, Doc 4.

The request for an additional 60 days to complete service of process, extending the deadline to October 23, 2026, is GRANTED.

It is SO ORDERED.

Dated: August 21, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.